# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-03393-001-TUC-JAS (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Sophia Arianna Moreno, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Lynnette Kimmins (Doc. 42). In the Report and Recommendation, Magistrate Judge Kimmins recommends denying defendant's Motion to Suppress (Doc. 25). As the Court finds that the Report and Recommendation appropriately resolved the motion, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Kimmins's Report and Recommendation (Doc. 42) is accepted and adopted.

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

(2) Defendant's Motion to Suppress (Doc. 25) is DENIED.

Dated this 21st day of August, 2020.

_____
Honorable James A. Soto
United States District Judge